**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

STEVEN ZHANG, an individual,

Plaintiff(s),

vs.

WUXI APPTEC SALES, LLC,

Defendant(s).

Case # 2:26-CV-00882-ART-DJA

**ORDER APPROVING**

**VERIFIED PETITION FOR PERMISSION TO PRACTICE IN THIS CASE ONLY BY ATTORNEY NOT ADMITTED TO THE BAR OF THIS COURT AND DESIGNATION OF LOCAL COUNSEL**

FILING FEE IS $250.00

Marina Tsatalis (name of petitioner), Petitioner, respectfully represents to the Court:

1. That Petitioner is an attorney at law and a member of the law firm of

WILSON SONSINI GOODRICH & ROSATI (firm name)

with offices at 31 West 52nd Street, 5th Floor (street address),

New York (city), New York (state), 10019 (zip code),

212.497.7782 (area code + telephone number)

mtsatalis@wsgr.com (Email address)

2. That Petitioner has been retained personally or as a member of the law firm by WUXI APPTEC SALES, LLC [client(s)] to provide legal representation in connection with the above-entitled case now pending before this Court.

3. That since January 25, 2006 (date), Petitioner has been and presently is a member in good standing of the bar of the highest Court of the State of New York (state) where Petitioner regularly practices law. Petitioner shall attach a certificate from the state bar or from the clerk of the supreme court or highest admitting court of each state, territory, or insular possession of the United States in which the applicant has been admitted to practice law certifying the applicant's membership therein is in good standing.

4. That Petitioner was admitted to practice before the following United States District Courts, United States Circuit Courts of Appeal, the Supreme Court of the United States and Courts of other States on the dates indicated for each, and that Petitioner is presently a member in good standing of the bars of said Courts.

| Court | Date Admitted | Bar Number |
|---|---|---|
| New York State | 01/25/2006 | 4356184 |
| New Jersey State | 12/01/1992 | 018481992 |
| California | 12/07/1995 | 178897 |
| | | |
| see attached | | |
| | | |
| | | |

5. That there are or have been no disciplinary proceedings instituted against petitioner, nor any suspension of any license, certificate or privilege to appear before any judicial, regulatory or administrative body, or any resignation or termination in order to avoid disciplinary or disbarment proceedings, except as described in detail below:

None

6. That Petitioner has never been denied admission to the State Bar of Nevada. (Give particulars if ever denied admission):

None

7. That Petitioner is a member of good standing in the following Bar Associations.

New York, New Jersey, and California.

8. Petitioner has filed application(s) to appear as counsel under Local Rule IA 11-2 (formerly LR IA 10-2) during the past three (3) years in the following matters: (State "none" if no applications.)

| Date of Application | Cause | Title of Court Administrative Body or Arbitrator | Was Application Granted or Denied |
|---|---|---|---|
| None | | | |

(If necessary, please attach a statement of additional applications)

9. Petitioner consents to the jurisdiction of the courts and disciplinary boards of the State of Nevada with respect to the law of this state governing the conduct of attorneys to the same extent as a member of the State Bar of Nevada.

10. Petitioner agrees to comply with the standards of professional conduct required of the members of the bar of this court.

11. Petitioner has disclosed in writing to the client that the applicant is not admitted to practice in this jurisdiction and that the client has consented to such representation.

That Petitioner respectfully prays that Petitioner be admitted to practice before this Court FOR THE PURPOSES OF THIS CASE ONLY.

/s/ Marina Tsatalis
Petitioner's signature

STATE OF Texas )
)
COUNTY OF Williamson )

Marina Tsatalis, Petitioner, being first duly sworn, deposes and says: That the foregoing statements are true.

Marina Tsatalis
Petitioner's signature

Subscribed and sworn to before me this

8 day of July, 2026.

Darla K. Thomas
Notary Public or Clerk of Court

NOTARY PUBLIC STATE OF TEXAS
Darla K Thomas
ID NUMBER
219217-5
COMMISSION EXPIRES
December 16, 2029

Electronically signed and notarized online using the Proof platform.

**DESIGNATION OF RESIDENT ATTORNEY ADMITTED TO THE BAR OF THIS COURT AND CONSENT THERETO.**

Pursuant to the requirements of the Local Rules of Practice for this Court, the Petitioner believes it to be in the best interests of the client(s) to designate Deanna L. Forbush (name of local counsel), Attorney at Law, member of the State of Nevada and previously admitted to practice before the above-entitled Court as associate resident counsel in this action. The address and email address of said designated Nevada counsel is:

Fox Rothschild LLP, One Summerlin, 1980 Festival Plaza Drive, Suite 700,
(street address)

Las Vegas, Nevada, 89135,
(city) (state) (zip code)

(702) 262-6899, dforbush@foxrothschild.com.
(area code + telephone number) (Email address)

By this designation the petitioner and undersigned party(ies) agree that this designation constitutes agreement and authorization for the designated resident admitted counsel to sign stipulations binding on all of us.

## APPOINTMENT OF DESIGNATED RESIDENT NEVADA COUNSEL

The undersigned party(ies) appoint(s) Deanna L. Forbush as
(name of local counsel)
his/her/their Designated Resident Nevada Counsel in this case.

/s/ Hao Wu
(party's signature)

Hao Wu, SVP, General Counsel, Global Head of Human Resources & Deputy Director of WuXi App Tec Management Institute
(type or print party name, title)

(party's signature)

(type or print party name, title)

## CONSENT OF DESIGNEE

The undersigned hereby consents to serve as associate resident Nevada counsel in this case.

/s/ Deanna L. Forbush
Designated Resident Nevada Counsel's signature

6646 dforbush@foxrothschild.com
Bar number Email address

APPROVED:

Dated: this 22nd day of July, 2026.

ANNE R. TRAUM
UNITED STATES DISTRICT JUDGE

**MARINA C. TSATALIS**

**BAR / COURT ADMISSIONS**
**(as of July 2025)**

I am an active member in good standing and eligible to practice before the following courts, and am inactive in Pennsylvania as noted below:

| **BAR ADMISSIONS** | **DATE ADMITTED** |
|---|---|
| Pennsylvania (Bar Number 66644) (inactive since 2009) | 12/17/1992 |
| New Jersey (Bar Number 018481992) | 12/01/1992 |
| California (Bar Number 178897) * | 12/07/1995 |
| New York (Bar Number 4356184) Admitted in 3rd Appellate Division | 01/25/2006 |
| | |
| **COURT ADMISSIONS** | |
| U.S.D.C., District of New Jersey | 12/22/1992 |
| U.S.D.C., Eastern District of Pennsylvania (inactive since 2009) | 08/03/1993 |
| U.S. Court of Appeals, Third Circuit | 12/19/1995 |
| U.S.D.C., Northern District of California | 12/07/1995 |
| U.S.D.C., Eastern District of California | 12/21/1995 |
| U.S. Court of Appeals, Ninth Circuit (# 1147773) | 12/19/1995 |
| U.S.D.C., Central District of California | 07/26/2001 |
| U.S.D.C., Southern District of New York (# 178897) | 11/16/2006 |
| U.S.D.C., Southern District of California | 07/09/2008 |
| U.S. Court of Appeals, First Circuit | 07/11/2011 |
| U.S. Court of Appeals, Second Circuit | 09/08/2016 |
| U.S.D.C., Eastern District of New York | 03/13/2024 |

* Petitioner has ordered her Certificate of Good Standing from the California State Bar and delivery is pending. Petitioner will supplement this petition upon delivery.

# Supreme Court of New Jersey

# Certificate of Good Standing

*This is to certify that* **Marina C Tsatalis** *(No.* **018481992** *) was constituted and appointed an Attorney at Law of New Jersey on* **December 22, 1992** *and, as such, has been admitted to practice before the Supreme Court and all other courts of this State as an Attorney at Law, according to its laws, rules, and customs.*

*I further certify that as of this date, the above-named is an Attorney at Law in Good Standing. For the purpose of this Certificate, an attorney is in "Good Standing" if the Court's records reflect that the attorney: 1) is current with all assessments imposed as a part of the filing of the annual Attorney Registration Statement, including, but not limited to, all obligations to the New Jersey Lawyers' Fund for Client Protection; 2) is not suspended or disbarred from the practice of law; 3) has not resigned from the Bar of this State; and 4) has not been transferred to Disability Inactive status pursuant to Rule 1:20-12.*

*Please note that this Certificate does not constitute confirmation of an attorney's satisfaction of the administrative requirements of Rule 1:21-1(a) for eligibility to practice law in this State.*

*In testimony whereof, I have hereunto set my hand and affixed the Seal of the Supreme Court, at Trenton, this 25th day of June, 2026.*

Heather J Baker

*Clerk of the Supreme Court*

EXCELSIOR

# *Appellate Division of the Supreme Court of the State of New York Third Judicial Department*

*I, Robert D. Mayberger, Clerk of the Appellate Division of the Supreme Court of the State of New York, Third Judicial Department, do hereby certify that*

## *Marina Carol Tsatalis*

*was duly licensed and admitted to practice as an Attorney and Counselor at Law in all the courts of this State on* ***January 25, 2006,*** *has duly taken and subscribed the oath of office prescribed by law, has been enrolled in the Roll of Attorneys and Counselors at Law on file in this office, is duly registered with the Office of Court Administration, and according to the records of this Court is currently in good standing as an Attorney and Counselor-at-Law.*

SUPREME COURT APPELLATE DIVISION · THIRD DEPARTMENT ·

*In Witness Whereof, I have hereunto set my hand in the City of Albany on June 23, 2026.*

Robert D Mayberger

*Clerk of the Court*

*CertID-00296202*

*State of New York*
*Supreme Court, Appellate Division*
*Third Judicial Department*
*Admissions Office*
*P.O. Box 7350, Capitol Station*
*Albany, NY 12224-0350*

*Rober*
*Cler*

*. Moore*
*Attorney*
*sions*

d

y

Robert D. Mayberger
Clerk of the Court

Revised January 2022

DEANNA L. FORBUSH (6646)
KELSEY G. HENDERSON (17212)
**FOX ROTHSCHILD LLP**
1980 Festival Plaza Drive, #700
Las Vegas, Nevada 89135
(702) 262-6899 tel
(702) 597-5503 fax
dforbrush@foxrothschild.com
kelseyhenderson@foxrothschild.com
*Attorneys for Defendant*
*WUXI APPTEC SALES, LLC*

MARINA C. TSATALIS (Pro hac pending)
QUINN E. CHRISTIE (Pro hac)
**WILSON SONSINI GOODRICH & ROSATI**
Professional Corporation
31 W. 52nd Street, 5th Floor
New York NY 10019
Email: mtsatalis@wsgr.com
Telephone: (212) 999-5800
Facsimile: (866) 974-7329

*Pro Hac Attorneys for Defendant*
*WUXI APPTEC SALES, LLC*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| STEVEN ZHANG, an individual,<br><br>Plaintiff,<br><br>v.<br><br>WUXI APPTEC SALES, LLC,<br><br>Defendant. | Case No.: 2:26-cv-00882-ART-DJA<br><br>**DEFENDANT WUXI APPTEC SALES, LLC'S SUPPLEMENT TO ITS VERIFIED PETITION FOR PERMISSION TO PRACTICE IN THIS CASE ONLY FOR ATTORNEY NOT ADMITTED TO THE BAR OF THIS COURT AND DESIGNATION OF LOCAL COUNSEL AT ECF NO. 25** |

Defendant WuXi Apptec Sales, LLC ("WuXi"), by and through its counsel of record, moves this court, pursuant to the Local Rules of Practice for this Court, hereby submits this Supplement to its Verified Petition for Permission to Practice in this Case Only for Attorney not Admitted to the Bar of this Court and Designation of Local Counsel at ECF No. 25. This

Supplement provides the Certificate of Good Standing from the State of California for Marina Tsatalis, attached hereto as Exhibit A.

DATED this 16th of July, 2026.

**FOX ROTHSCHILD LLP**

*/s/ Deanna L. Forbush*
DEANNA L. FORBUSH
KELSEY G. HENDERSON
1980 Festival Plaza Drive, Suite 700
Las Vegas, NV 89135

*Attorneys for Defendant*
*WUXI APPTEC SALES, LLC*

**CERTIFICATE OF SERVICE**

I hereby certify on this 16th day of July, 2026, that the foregoing **DEFENDANT WUXI APPTEC SALES, LLC'S SUPPLEMENT TO ITS VERIFIED PETITION FOR PERMISSION TO PRACTICE IN THIS CASE ONLY FOR ATTORNEY NOT ADMITTED TO THE BAR OF THIS COURT AND DESIGNATION OF LOCAL COUNSEL AT ECF NO. 25** was electronically filed with the Clerk of the Court using the CM/ECF service.

*/s/Bridgette Lowe*

An Employee of Fox Rothschild LLP

# EXHIBIT A

Supreme Court of California

JORGE E. NAVARRETE

*Clerk and Executive Officer of the Supreme Court*

# CERTIFICATE OF THE CLERK OF THE SUPREME COURT

## OF THE

## STATE OF CALIFORNIA

***MARINA CAROL TSATALIS***

*I, JORGE E. NAVARRETE, Clerk and Executive Officer of the Supreme Court of the State of California, do hereby certify that MARINA CAROL TSATALIS, 178897, was on the 7th day of December, 1995, duly admitted to practice as an attorney and counselor at law in all the courts of this state, and is now listed on the Roll of Attorneys as a member of the bar of this state in good standing.*

*Witness my hand and the seal of the court on the 10th day of July 2026.*

JORGE E. NAVARRETE
*Clerk and Executive Officer of the Supreme Court*

By: ______________________
*Sean Kennedy, Deputy Clerk*