**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| Steve Zhang,<br>Plaintiff,<br>v.<br>Wuxi Apptec Sales, Inc.,<br>Defendants. | Case No. 2:26-cv-00882-ART-DJA<br>**Order**<br>[Docket No. 34] |

Two months ago, on June 26, 2026, the Court set an early neutral evaluation for September 14, 2026. Docket No. 23. The Court's caseload is extraordinarily full making it often impracticable to consider last-minute requests to continue early neutral evaluations in a manner consistent with the overarching need for an "early" neutral evaluation to proceed within 90 days of the first appearance of a defendant. *See* Local Rule 16-6(d). To that end, the Court expressly ordered that a request to change the date of the early neutral evaluation must be filed within 14 days of the order setting it (i.e., in this case by July 10, 2026). Docket No. 23 at 1 n.1.

Pending before the Court is an unopposed motion to continue the early neutral evaluation, filed on August 26, 2026. Docket No. 34. While the Court is very supportive of attorneys taking parental leave, counsel has known about that leave for weeks now. *See, e.g.*, Docket No. 31 at 2 (discovery plan filed on August 10, 2026, referencing "[c]ounsel's scheduled upcoming parental leave, which is currently scheduled to run from August 10, 2026, through September 14, 2026"). Plaintiff is also represented by a very large team of attorneys and meaningful explanation is not provided as to why these other attorneys are insufficient to represent him at an early neutral evaluation. Moreover, the parties present five dates for rescheduling that all fall in the same week, which offers little flexibility to the Court and happens to also be the week that the undersigned is on criminal duty. Lastly, the parties have not yet filed a joint status report as to whether holding an early neutral evaluation would be a worthwhile endeavor. *See* Docket No. 23 at 2.

Accordingly, the pending motion to reschedule the early neutral evaluation is **DENIED** without prejudice. At this time, the early neutral evaluation deadlines remain unchanged, including for the parties to exchange settlement offers and to file a joint statement as to whether holding the early neutral evaluation would be futile by September 1, 2026. If the parties indicate in that joint statement that an early neutral evaluation would be a worthwhile endeavor, Plaintiff may concurrently therewith file a renewed motion to continue the early neutral evaluation.

IT IS SO ORDERED.

Dated: August 26, 2026

Nancy J. Koppe
United States Magistrate Judge